IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH JUGOZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-05687-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF DOCUMENT** |

　　　On October 14, 2016, the above-titled action was reassigned to the undersigned.

　　　To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of his Complaint, filed October 5, 2016.

　　　**IT IS SO ORDERED.**

Dated: October 18, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge