UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH JUGOZ, | ) Case No.: 3:16-cv-05687-MMC |
| | ) |
| Plaintiff, | ) **[PROPOSED]** ORDER |
| | ) **EXTENDING DEFENDANT** |
| vs. | ) **EQUIFAX, INC.'S TIME TO** |
| | ) **RESPOND TO INITIAL** |
| EXPERIAN INFORMATION | ) **COMPLAINT** |
| SOLUTIONS, INC., et al., | ) |
| | ) Current Response date:  November 3, 2016 |
| | ) New Response Date:  January 3, 2017 |
| Defendants. | ) |
| | ) |

Plaintiff Rudolph Jugoz and Defendant Equifax, Inc. have filed a stipulation requesting the Court extend Defendant Equifax, Inc.'s time to respond to the initial Complaint through and including January 3, 2017.  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: November 2, 2016

_____

Judge, United States District Court
for the Northern District of California

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500