IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH JUGOZ,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-05687-MMC<br><br>**THIRD ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH CIVIL LOCAL RULES AND COURT'S STANDING ORDERS**<br><br>Re: Dkt. No. 23 |

On November 29, 2016, plaintiff electronically filed his opposition to defendant Experian Information Solutions, Inc.'s motion to dismiss.  Plaintiff has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'."  See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiff is hereby ORDERED to comply with the Civil Local Rules of this District and the Court's Standing Orders by immediately submitting a chambers copy of his opposition to defendant Experian Information Solutions, Inc.'s motion.

The Court has previously advised plaintiff of his failure to comply with the Civil Local Rules of this District and the Court's Standing Orders in connection with earlier-filed documents.  (See Order, filed November 1, 2016.)  Such reminders appear to have had little to no effect on compelling compliance therewith.

Parties are expected to comply with court rules without repeated reminders.  Accordingly, plaintiff is hereby advised that the Court will impose sanctions, including, but not limited to, striking from the record any further electronically filed document for which a

chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: December 8, 2016

MAXINE M. CHESNEY
United States District Judge

2