# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rudolph Jugoz,<br><br>    Plaintiff,<br><br>  v.<br><br>Experian Information Solutions, Inc.; Equifax, Inc.; Credit One Bank, National Association; American Honda Finance Corporation and Does 1 through 100 inclusive,<br><br>    Defendants. | Case No: 3:16-cv-05687-SK<br><br>APPROVING **[PROPOSED] ORDER** ~~GRANTING~~ **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (CIVIL L.R. 6-1)** |

~~**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff RUDOLPH JUGOZ ("Plaintiff") and Defendant CREDIT ONE BANK, N.A. ("Defendant"), and through their respective counsel, hereby stipulate as follows:~~

{00058440;1}                                                          1

ORDER
CASE NO. No. 3:16-cv-05687-SK

The Court has reviewed the "Stipulation ~~Extending Defendant's~~ to Extend Time to Respond to ~~Plaintiff's~~ Complaint," filed December 22, 2016, by of Plaintiff RUDOLPH JUGOZ and Defendant CREDIT ONE BANK, N.A. Pursuant to the Stipulation ~~of the parties, and for good cause~~, it is hereby ordered that Defendant CREDIT ONE BANK, N.A. has an extension of time up to and including January 13, 2017 within which to file the Answer to Plaintiff's Initial Complaint.

IT IS SO ORDERED.

Dated: December 28, 2016

_____
UNITED STATES DISTRICT JUDGE

{00058440;1}

2

ORDER
CASE NO. No. 3:16-cv-05687-SK