IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH JUGOZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 16-cv-05687-MMC<br><br>**ORDER CONTINUING HEARINGS ON DEFENDANTS EQUIFAX, INC. AND CREDIT ONE BANK, N.A.'S MOTIONS TO DISMISS**<br><br>Re: Dkt. No. 32, 46 |
| TERESA ROBLES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.,<br><br>　　　　Defendants. | Case No. 16-cv-05693-MMC<br><br>**ORDER CONTINUING HEARINGS ON DEFENDANTS WELLS FARGO BANK, N.A. AND EQUIFAX, INC.'S MOTIONS TO DISMISS**<br><br>Re: Dkt. No. 31, 40 |
| JANET PERKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 16-cv-06347-MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANT EQUIFAX, INC.'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 21 |
| WILHELMINE MADEIROS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 16-cv-06338-MMC<br><br>**ORDER CONTINUING HEARINGS ON DEFENDANTS EQUIFAX, INC. AND BANK OF AMERICA N.A.'S MOTIONS TO DISMISS**<br><br>Re: Dkt. No. 34 |

Before the Court are seven motions to dismiss: (1) defendant Equifax, Inc.'s ("Equifax") motion in Case No. 16-5687, filed December 19, 2016, and noticed for hearing on January 27, 2017; (2) defendant Credit One Bank, National Association's

motion in Case No. 16-5687, filed January 13, 2017, and noticed for hearing on March 7, 2017; (3) defendant Wells Fargo Bank, National Association's motion in Case No. 16-5693, filed December 19, 2016, and noticed for hearing on January 27, 2017; (4) Equifax's motion in Case No. 16-5693, filed December 27, 2016, and noticed for hearing on February 3, 2017; (5) Equifax's motion in Case No. 16-6347, filed December 27, 2016, and noticed for hearing on February 3, 2017; (6) Equifax's motion in Case No. 16-6338, filed January 11, 2017, and noticed for hearing on February 24, 2017; and (7) defendant Bank of America, National Association's motion in Case No. 16-6338, filed January 20, 2017, and noticed for hearing on February 24, 2017.

Also before the Court is defendants Experian Information Solutions, Inc. ("Experian") and Equifax's "Motion to Consolidate," filed December 22, 2016, in each of the above-referenced four cases and noticed for hearing on February 17, 2017, a date subsequent to the dates on which four of the motions to dismiss are noticed to be heard.

In the motion to consolidate, Experian and Equifax argue the above-titled cases should be consolidated with each other, and with a number of cases pending before other judges, for the asserted reason that all said cases present common questions of law pertaining to how a debt should be reported after a debtor has filed for protection under the Bankruptcy Act and the bankruptcy court has confirmed a reorganization plan. In each of the above-referenced motions to dismiss, the moving defendant seeks a ruling on the above-referenced issue.

Under such circumstances, the Court finds it preferable to consider the motions to dismiss after the motion for consolidation has been resolved, and, in the interests of judicial economy, to hold a hearing on all seven motions to dismiss on one date.

Accordingly, the Court hereby CONTINUES the hearings on the above-referenced seven motions to dismiss to April 7, 2017, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 20, 2017

MAXINE M. CHESNEY
United States District Judge