1

2  IN THE UNITED STATES DISTRICT COURT

3  FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

| | |
|---|---|
| RUDOLPH JUGOZ,<br><br>        Plaintiff,<br><br>        v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No.  16-cv-05687-MMC<br><br>**ORDER DENYING DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND EQUIFAX, INC.'S MOTION TO CONSOLIDATE; VACATING HEARING**<br><br>Re: Dkt. No. 35 |
| TERESA ROBLES,<br><br>        Plaintiff,<br><br>        v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.,<br><br>        Defendants. | Case No.  16-cv-05693-MMC<br><br>**ORDER DENYING DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND EQUIFAX, INC.'S MOTION TO CONSOLIDATE; VACATING HEARING**<br><br>Re: Dkt. No. 36 |
| JANET PERKINS,<br><br>        Plaintiff,<br><br>        v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No.  16-cv-06347-MMC<br><br>**ORDER DENYING DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND EQUIFAX, INC.'S MOTION TO CONSOLIDATE; VACATING HEARING**<br><br>Re: Dkt. No. 20 |
| WILHELMINE MADEIROS,<br><br>        Plaintiff,<br><br>        v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No. 16-cv-06338-MMC<br>**ORDER DENYING DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND EQUIFAX, INC.'S MOTION TO CONSOLIDATE; VACATING HEARING**<br><br>Re: Dkt. No. 26 |

Before the Court is the "Motion to Consolidate," filed December 22, 2016, in each

of the above-titled four cases, by defendants Experian Information Solutions, Inc.

("Experian") and Equifax, Inc. ("Equifax"), by which filing said defendants seek to

*United States District Court*
*Northern District of California*

1    consolidate more than 170 lawsuits filed by plaintiffs' counsel and presently assigned to

2    eighteen  different judges in this district.  Each of the four plaintiffs, as well as Wells

3    Fargo Bank, N.A., one of the named defendants, have responded, to which Experian and

4    Equifax have jointly filed a reply.  The Court deems the matter suitable for determination

5    on the parties' respective written submissions, VACATES the hearing scheduled for

6    February 17, 2017, and hereby rules as follows.

7         Pursuant to Rule 42 of the Federal Rules of Civil Procedure, a district court may

8    consolidate actions that "involve a common question of law or fact," <u>see</u> Fed. R. Civ. P.

9    42(a), and has "broad discretion" to decide whether consolidation is appropriate, <u>see</u>

10    <u>Investors Research Co. v. U.S. Dist. Court for Central Dist. of California</u>, 877 F.2d 777

11    (1989).

12         This Court, having read and considered the papers filed in support of and in

13    opposition to the motion, is in accord with a number of judges in this district who have

14    denied similar motions.  <u>See</u>, <u>e.g.</u>, <u>Vizcaino v. Experian Information Solutions, Inc.</u>, No.

15    3:16-cv-5703-TEH (N.D. Cal. January 31, 2017); <u>Gonzalez v. Experian Information</u>

16    <u>Solutions, Inc.</u>, No. 3:16-cv-5678-HSG (N.D. Cal. January 4, 2017).  In particular,

17    although each of the actions asserts claims based on alleged violations of the Fair Credit

18    Reporting Act, the Court finds any potential efficiency attributable to having such actions

19    heard by a single judge would be outweighed by the various procedural delays resulting

20    from the reassignment of a large number of cases pending at varying stages of the

21    proceedings, coupled with the considerable burden placed on such jurist in adjudicating

22    not only any common issue raised therein but all individual issues as well.

23         Accordingly, the motion to consolidate is, in each of the above-titled cases, hereby

24    DENIED.

25         **IT IS SO ORDERED.**

26    Dated:  February 10, 2017

27                           MAXINE M. CHESNEY
                               United States District Judge

28

*United States District Court*
*Northern District of California*