IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH JUGOZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 16-cv-05687-MMC<br><br>**ORDER CONTINUING HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>Re: Dkt. No. 22, 32, 46 |

In light of the Court's orders issued this date in Robles v. Experian Information Solutions, Inc. (Case No. 16-5693) and Perkins v. Experian Information Solutions, Inc. (Case No. 16-6347), continuing, pursuant to stipulation, the hearings on various defendants' motions to dismiss, and the common questions of law presented in those cases and the instant action (see Order, filed March 29, 2017, at 2:18-22), the hearings on the motions to dismiss filed in the instant action by defendants Experian Information Solutions, Inc., Equifax, Inc., and Credit One Bank, National Association are hereby CONTINUED from April 28, 2017, to May 19, 2017, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April 24, 2017

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge