IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH JUGOZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 16-cv-05687-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT CREDIT ONE BANK, N.A.'S MOTION TO DISMISS**<br><br>Re: Dkt. Nos. 46, 60 |

Before the Court is a notice of settlement, filed by plaintiff Rudolph Jugoz on May 12, 2017, advising the Court that "a settlement has been reached" between plaintiff and defendant Credit One Bank, N.A. ("Credit One") and that "[t]he parties anticipate finalizing the settlement and stipulating to a dismissal within the next 40 days." (Not. Settlement, filed May 12, 2017, at 1:20-22.)

In light of such settlement, the May 19, 2017, hearing on Credit One's motion to dismiss is hereby VACATED, without prejudice to Credit One's renoticing the motion in the event the settlement is not effectuated.

**IT IS SO ORDERED.**

Dated: May 15, 2017

　　　　　　　　　　　　　　　　　　　　/s/ Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge