IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH JUGOZ,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No. 16-cv-05687-MMC<br><br>**ORDER VACATING HEARINGS ON DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND EQUIFAX, INC.'S MOTIONS TO DISMISS**<br><br>Re: Dkt. No. 22, 32 |
| TERESA ROBLES,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.,<br><br>Defendants. | Case No. 16-cv-05693-MMC<br><br>**ORDER VACATING HEARINGS ON DEFENDANTS WELLS FARGO BANK, NATIONAL ASSOCIATION AND EQUIFAX, INC.'S MOTIONS TO DISMISS**<br><br>Re: Dkt. No. 31, 40 |
| JANET PERKINS,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No. 16-cv-06347-MMC<br><br>**ORDER VACATING HEARING ON EQUIFAX, INC.'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 21 |

Before the Court are five motions to dismiss, all set for hearing on May 19, 2017: (1) defendant Experian Information Solutions, Inc.'s motion, filed November 15, 2016, in Case No. 16-5687; (2) defendant Equifax, Inc.'s ("Equifax") motion, filed December 19, 2016, in Case No. 16-5687; (3) defendant Wells Fargo Bank, National Association's motion, filed December 19, 2016, in Case No. 16-5693; (4) Equifax's motion, filed December 27, 2016, in Case No. 16-5693; and (5) Equifax's motion, filed December 27, 2016, in Case No. 16-6347. All five motions have been fully briefed.

Having read and considered the papers filed in support of and in opposition to the above-referenced motions, the Court deems the matters appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearings scheduled for May 19, 2017.

**IT IS SO ORDERED.**

Dated: May 15, 2017

_____
MAXINE M. CHESNEY
United States District Judge