IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH JUGOZ,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-05687-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| TERESA ROBLES,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.,<br><br>    Defendants. | Case No. 16-cv-05693-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| JANET PERKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-06347-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the pending motions to dismiss in the above-titled actions, the Court hereby CONTINUES the Case Management Conference for each such action from June 16, 2017, to July 14, 2017, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than July 7, 2017.

**IT IS SO ORDERED.**

Dated: June 2, 2017

MAXINE M. CHESNEY
United States District Judge