IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH JUGOZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 16-cv-05687-MMC<br><br>**ORDER DENYING AS MOOT DEFENDANT CREDIT ONE BANK, NATIONAL ASSOCIATION'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 46 |

Before the Court is defendant Credit One Bank, National Association's ("Credit One") "Motion to Dismiss Plaintiff's Complaint," filed January 13, 2017. On July 7, 2017, plaintiff, with leave of court, filed an Amended Complaint.

"[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

Accordingly, Credit One's motion to dismiss is hereby DENIED as moot.[1]

**IT IS SO ORDERED.**

Dated: July 13, 2017

　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] On May 15, 2017, the Court vacated the hearing on the motion.