# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH JUGOZ,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>Experian Information Solutions, Inc.;<br>Equifax, Inc.; Credit One Bank,<br>National Association; and DOES 1<br>through 100 inclusive,<br><br>　　　　　　Defendants. | Case No. 3:16-cv-05687-MMC<br><br>**[PROPOSED] ORDER RE:<br>STIPULATION TO EXTEND TIME TO<br>RESPOND TO AMENDED<br>COMPLAINT** |

　　The Court has reviewed the Stipulation to Extend Time to Respond to Amended Complaint of the Plaintiff RUDOLPH JUGOZ and Defendant CREDIT ONE BANK. Pursuant to the Stipulation of the parties, and for good cause, it is hereby ordered that Defendant CREDIT ONE BANK has an extension of time up to and including August 11, 2017 within which to file the Answer to Plaintiff's Amended Complaint.

IT IS SO ORDERED.

Dated: July 13, 2017　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE