SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 100
Roseville, CA 95661
408-279-2288 ph:
408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| **RUDOLPH JUGOZ,**<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>　　　　　　　Defendants. | Case No.: 3:16-CV-05687-MMC<br><br>STIPULATION TO DISMISS DEFENDANT CREDIT ONE BANK, N.A.; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff Rudolph Jugoz and defendant Credit One Bank, N.A., that Credit One Bank, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

STIPULATION TO DISMISS DEFENDANT CREDIT ONE BANK, N.A.; ~~PROPOSED~~ ORDER - 1

DATED:  August 4, 2017        Sagaria Law, P.C.

                              By:    */s/ Elliot W. Gale*
                                     Elliot W. Gale
                              Attorneys for Plaintiff
                              Rudolph Jugoz


DATED:  August 4, 2017        Carlson Messer LLP



                              By:    */s/ Tamar Gabriel*
                                     Tamar Gabriel
                              Attorneys for Defendant
                              Credit One Bank, N.A.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Tamar Gabriel has concurred in this filing.

*/s/ Elliot Gale*


## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Credit One Bank, N.A. is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs

IT IS SO ORDERED.


DATED:   August 7, 2017                *[signature: Maxine M. Chesney]*
                                       Maxine M. Chesney
                                       UNITED STATES DISTRICT JUDGE