Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff Rudolph Jugoz

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH JUGOZ, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., ET AL., <br><br> Defendants. | Case No.: 3:16-cv-05687-MMC <br><br> **STIPULATION FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Rudolph Jugoz and defendant Equifax, Inc. that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER -1-

DATED: August 7, 2017　　　　　　　　　　**Sagaria Law, P.C.**

　　　　　　　　　　　　　　　　By:　　*/s/ Elliot Gale*
　　　　　　　　　　　　　　　　　　　　Elliot Gale
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Rudolph Jugoz


DATED: August 7, 2017　　　　　　　　　　**Nokes & Quinn, APC**

　　　　　　　　　　　　　　　　By:　　*/s/ Thomas P. Quinn, Jr.*
　　　　　　　　　　　　　　　　　　　　Thomas P. Quinn, Jr.
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Equifax, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Equifax, Inc. is dismissed with prejudice.[1]

IT IS SO ORDERED.

DATED: August 7, 2017　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　Hon. Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] In light of the dismissal, Equifax's motion to appear telephonically at the August 11, 2017 Case Management Conference is hereby DENIED as moot.