IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH JUGOZ,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 16-cv-05687-MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 73 |

Before the Court is plaintiff's response, filed August 2, 2017, to the Court's July 26, 2017 order to show cause why monetary sanctions should not be imposed for plaintiff's failure to submit a chambers copy of his Amended Complaint, as directed by the Court's order of July 17, 2017. Having read and considered plaintiff's response and, on August 14, 2017, having received a chambers copy of the Amended Complaint, the Court accepts plaintiff's explanation and, in light thereof, the Order to Show Cause is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: August 16, 2017

MAXINE M. CHESNEY
United States District Judge